Adriene Mixon, N.Y. State Bar No. 2773414
Nancy Chase Burton, Co State Bar No. 010615
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4463
(202 772-9231 (Fax)
mixona@sec.gov



***E-FILED - 3/4/08***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | C-95-20840 (RMW) |
| NABEEH I. TOTAH, | |
| Defendant. | |

## *AMENDED*
## [~~PROPOSED~~] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Fees and Expenses of Tax Administrator, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on Court Registry account number 5:95-CV-20840-00, under the case name designation "<u>SEC v. Nabeeh I. Totah</u>," for the amount of $2,866.31 payable to Damasco & Associates, for the payment of fees and expenses of the Tax

- 1 -

Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Nabeeh I. Totah, case number C-95-20840, FEIN 20-3042202" and "Tax Administrator fees for tax year 2007.

    2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates
    244 Jackson Street
    Fourth Floor
    San Francisco, CA 94111
    Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

Date:   3/4/08  , XXXX

## CERTIFICATE OF SERVICE

I certify that I have caused to be served copies of The SEC's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, Affidavit of Jude Damasco and the Proposed Order by first-class mail on February 14, 2008 upon the following persons:

>Jerrold E. Salzman, Esq.
>Attorney for Samuelson Trading Corporation
>Freeman, Freeman, & Salzman, P.C.
>401 North Michigan Avenue
>Suite 3200
>Chicago, Illinois 60611

>Nabeeh 1. Totah
>4044 Ronda Road
>Pebble Beach, California 93953

Bobbie Neal
Securities and Exchange Commission