C/Rwn

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : C-95-20840 (RMW) |
| NABEEH I. TOTAH, | : |
| Defendant. | : |

### [PROPOSED] ORDER DESIGNATING QUALIFIED SETTLEMENT FUND

The Court, having reviewed the Securities and Exchange Commission's Motion Designating Qualified Settlement Fund, and for good cause shown,

**IT IS HEREBY ORDERED:**

1.  That the Motion of Plaintiff Securities and Exchange Commission is granted, and it is hereby ordered that the funds deposited into Court Registry account number 5:95-CV-20840-00, under the case name designation "SEC v. Nabeeh I. Totah," constituted a Qualified

- 1 -

Settlement Fund under section 468B-1 of the Internal Revenue Code, 26 U.S.C. § 468B1, and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

**IT IS SO ORDERED.**

Dated: ___November 19___, 2010

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE